**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24515-KUNTZ**

**MIGUEL A DUPUY DIAZ**, *et al.*,

Plaintiffs,

vs.

**U.S. Citizenship and Immigration Services**, *et al.*

Defendants.
______________________________________/

**ORDER OF DISMISSAL AS TO CERTAIN PLAINTIFFS**

**THIS CAUSE** came before the Court on Plaintiffs Michel Enrique Lazcano Menendez, Mario Enriquez Menendez Gonzalez, Carla Michelle Millan Prendes, Carlos Marcell Millan Prendes, Maydelin Prendes Raivero, Gernay Reyes Gale, and Isaac Abraham Rodriguez Valdes, Notice of Voluntary Dismissal [ECF No. 14], filed September 15, 2026. Being fully advised, it is

**ORDERED** that the above mentioned Plaintiffs' claims are **DISMISSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of September, 2026.

______________________________
**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record