**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-CV-24515-JTK**

**MIGUEL A. DUPUY DIAZ**, *et al.*,

Plaintiff,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**, *et al.*,

Defendants.
_________________________________/

## ORDER DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 16], filed on September 24, 2026, indicating that the Plaintiff has obtained the relief he sought in this action and his respective claims against the Defendants are now moot. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED with prejudice**
2. All deadlines are **TERMINATED**.
3. Any pending motions are **DENIED AS MOOT**.
4. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of September, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: all counsel of record